Nos. 15 and 16. BOTELER, TRUSTEE OF RICHMAID CREAMERIES, INC., *v.* INGELS, DIRECTOR OF MOTOR VEHICLES OF CALIFORNIA, ET AL. December 4, 1939. Ordered that the first sentence in the second paragraph on page 3 of the opinion be amended to read:

"*First.* Subdivision 57 (j) prohibits allowance of a tax penalty against the bankrupt estate only if incurred by the bankrupt before bankruptcy by reason of his own delinquency."

It is further ordered that the petition for rehearing be denied.

Opinion reported as amended, *ante*, p. 57.

No. 549. GROSECLOSE *v.* PLUMMER, WARDEN. See *post,* p. 614.

No. 68. HELIS *v.* WARD, EXECUTRIX, ET AL. December 4, 1939. The motion of Agnes E. Lewis and others for leave to intervene is denied. The motion to proceed further *in forma pauperis* is also denied.

No. 488. DUGAN *v.* UNITED STATES. See *post,* p. 614.